**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ALESHA WARREN, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESULTS CUSTOMER SOLUTIONS LLC, d/b/a RESULTS CX,<br><br>Defendant. | ) | C.A. No. 24-888-JLH-SRF |

**ORDER**

At Wilmington, this 1st day of October, 2026;

WHEREAS, Magistrate Judge Fallon issued a Report and Recommendation on March 26, 2026 (D.I. 79 (hereinafter, "R&R")), recommending that the Court deny without prejudice to renew Defendant's Motion to Compel Arbitration (D.I. 56) and deny without prejudice to renew Plaintiff's Motion to Certify a Class (D.I. 48);

WHEREAS, on April 17, 2026, Defendant filed Objections to the R&R (D.I. 82), and on May 1, 2026, Plaintiff filed a response (D.I. 83);

WHEREAS, Plaintiff did not object to the R&R;

WHEREAS, this Court has reviewed the objections *de novo*, 28 U.S.C. § 636(b)(1);

WHEREAS, Judge Fallon did not err in determining that a factual dispute exists over whether Plaintiff assented to the arbitration agreement;

WHEREAS, Judge Fallon did not err in determining that limited discovery on that issue was appropriate;

WHEREAS, the docket reflects that the requested discovery has already been completed and that Defendant's renewed motion to compel arbitration is due on or before November 10, 2026 (D.I. 92);

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant's Objections to Judge Fallon's March 26, 2026 Report and Recommendation (D.I. 82) are OVERRULED; and
2. Judge Fallon's March 26, 2026 Report and Recommendation is ADOPTED.
3. Defendant's Motion to Compel Arbitration (D.I. 56) is DENIED without prejudice to renew on or before November 10, 2026.
4. Plaintiff's Motion to Certify a Class (D.I. 48) is DENIED without prejudice to renew following the Court's disposition of any renewed Motion to Compel Arbitration.

The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE